**93–1519.** State v. Tyson. *Allen County*, No. 92110097. On motion for leave to file delayed appeal. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**93–1612.** Allnet Communications Serv., Inc. v. Pub. Util. Comm. Public Utilities Commission, No. 86–771–TP–CSS. On motion for leave to file supplemental record instanter. Motion granted.

**93–1689** and **93–1857.** In re Hays. *Hamilton County*, No. C–920118. On motions for leave to file *amicus* of The Drop Inn Center Shelterhouse et al. and Ohio Legal Rights Service. Motions granted.

**93–1743.** Agee v. Natl. City Bank. *Cuyahoga County*, No. 62408. On motion for leave to file memorandum in support instanter. Motion granted.

F.E. SWEENEY, J., dissents.

**93–1772.** Sberna Constr. Co. v. Lapinski. *Cuyahoga County*, No. 62403. On motion to reconsider denial of extension. Motion granted.

**93–1801.** State v. Aiken. *Cuyahoga County*, No. 64627. On motion for leave to file memorandum in support instanter. Motion granted.

A.W. SWEENEY, RESNICK and F.E. SWEENEY, JJ., dissent.

**93–1973.** State ex rel. McMaster v. Indus. Comm. *Franklin County*, No. 93AP–62. On motion to change case caption to *State ex rel. McMaster v. School Emp. Retirement Sys.* Motion granted.

**93–2025.** Sanders Transfer, Inc. v. Pub. Util. Comm. Public Utilities Commission, No. 91–1646–TR–ACE. On motion for leave to intervene of RJW Moving Company. Motion granted.

**93–2122.** State v. Wright. *Allen County*, No. 1–93–9. On motion for leave to file notice of appeal instanter and for extension. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**93–2126.** State v. Serna. *Butler County*, No. CA92–12–0245. On motion for leave to file notice of appeal instanter. Motion granted.

F.E. SWEENEY, J., dissents.

**93–2164.** State v. Williams. *Cuyahoga County*, No. 62040. On motion for leave to file delayed appeal. Motion granted.

F.E. SWEENEY, J., dissents.

**93–2168.** DeSario v. Indus. Excess Landfill, Inc. *Stark County*, No. CA–9372. On motion to consolidate with 93–2163, *DeSario v. Indus. Excess Landfill, Inc.*, Stark County, No. CA–9372. Motion granted.

F.E. SWEENEY, J., dissents.

PFEIFER, J., would take no action on the motion at this time.

**93–2182.** State ex rel. Soley v. Lucas Cty. Common Pleas Court, Domestic Relations Div. *Lucas County*, No. L–93–232. On joint motion to consolidate with 93–2192. Motion granted.

F.E. SWEENEY, J., dissents.

PFEIFER, J., would take no action on the motion at this time.

RESNICK, J., not participating.

**93–2191.** State v. Lesher. *Geauga County*, No. 92–G–1681. On motion to remand. Motion denied.

**93–2196.** Mingyar v. Ohio Dept. of Dev. *Franklin County*, No. 92AP–1795. On motion for leave to file memorandum in support instanter. Motion granted.

F.E. SWEENEY, J., dissents.

**93–2214.** State v. Miller. *Hamilton County*, No. C–930611. On motion for leave to file delayed appeal. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**93–2227.** State v. Ables. *Guernsey County*, No. 93–CA–04. On motions to dismiss and to strike. *Sua sponte*, show cause ordered.

DOUGLAS, J., would deny both motions.